**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| PAUL F. FAGAN AND D. MAI-LAN FAGAN, HUSBAND AND WIFE, AND RAILROAD STREET HOLDINGS, L.P., F/K/A FAGAN INVESTMENTS, L.P. | : No. 65 WAL 2024 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| | : |
| BELL ACRES MUNICIPAL AUTHORITY, QUAKER VALLEY SCHOOL DISTRICT, 2009 CAMP MEETING TRUST A/K/A THE 2009 CAMPMEETING ROAD TRUST, JENNIFER ASHLEY WIEBE AS TRUSTEE OF 2009 CAMP MEETING TRUST A/K/A THE 2009 CAMPMEETING ROAD TRUST, AND SCHNEIDER SERVICES, INC. | : |
| | : |
| v. | : |
| | : |
| SHOUP ENGINEERING, INC., KICINSKI ENVIRONMENTAL SERVICES, LLC, AND COMPOSITE DESIGN, INC. | : |
| | : |
| PETITION OF: BELL ACRES MUNICIPAL AUTHORITY | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.